AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| SHIRLEY SMITH | )<br>) |
| *Plaintiff* | )<br>) |
| v. | )  Civil Action No. |
| Frederick Fallick, *et al*, | )<br>) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Frederick Fallick MD, 970 North Broadway, Yonkers NY 10701; Susan Greenidge MD, 1020 North Broadway, Yonkers NY 10701; Janice Bilello, Montefiore Medical Center, 3400 Bainbridge Ave, Bronx, NY 10467; Dr. Neil Sayegh MD, 944 N Broadway, Yonkers, NY 10701; Planned Parenthood *of Mt. Vernon, 6 Gramatan Ave, 4th Floor, Mt Vernon, NY; Anju Varghese MD, 1234 N. Broadway, Ste 2D, Yonkers NY 10701; Meir Salama MD, 3584 Jerome Ave, Bronx NY 10467*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rahul Manchanda, Esq.
Manchanda Law Office PLLC
17 State Street, Suite 4000
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  9/14/2015

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: