Metro Attorney Service Inc.  
305 Broadway, 9th Floor  
New York, NY 10007  
212-822-1421  
Tax I.D. Number 27-0238774  

Invoice #: 13690  

Date: 09/21/2015  
Requestor : Rahul Manchanda  

Manchanda Law Offices & Associates PLLC  
17 State Street, Suite 4000  

New York, NY 10004  

## INVOICE FOR SERVICE

| Service | Details | Amount |
|---|---|---|
| Service #21205: Frederick Fallick MD<br>SHIRLEY SMITH v. FREDERICK FALLICK | Your File#<br>Court Case #: 1:15-cv-07236 | |
| Service Lower Westchester County | | $110.00 |
| Copies | | $8.85 |
| Service #21206: Susan Greenidge MD<br>SHIRLEY SMITH v. FREDERICK FALLICK | Your File#<br>Court Case #: 1:15-cv-07236 | |
| Service Lower Westchester County | | $110.00 |
| Copies | | $8.85 |
| Service #21207: Janice Bilello<br>SHIRLEY SMITH v. FREDERICK FALLICK | Your File#<br>Court Case #: 1:15-cv-07236 | |
| Service Fee Boroughs | | $104.50 |
| Copies | | $8.85 |
| Service #21208: Dr. Neil Sayegh MD<br>SHIRLEY SMITH v. FREDERICK FALLICK | Your File#<br>Court Case #: 1:15-cv-07236 | |
| Service Lower Westchester County | | $110.00 |
| Copies | | $8.85 |
| Service #21209: Planned Parenthood<br>SHIRLEY SMITH v. FREDERICK FALLICK | Your File#<br>Court Case #: 1:15-cv-07236 | |
| Attempted Service Lower Westchester | | $110.00 |

| | |
|---|---:|
| Service Lower Westchester County | $110.00 |
| Copies | $8.85 |
| | |
| Service #21210: Anju Varghese MD<br>SHIRLEY SMITH v. FREDERICK FALLICK | Your File#<br>Court Case #: 1:15-cv-07236 |
| Service Lower Westchester County | $110.00 |
| Copies | $8.85 |
| | |
| Service #21211: Meir Salama MD<br>SHIRLEY SMITH v. FREDERICK FALLICK | Your File#<br>Court Case #: 1:15-cv-07236 |
| Service Fee Boroughs | $104.50 |
| Copies | $8.85 |
| | |
| **TOTAL CHARGES:** | **$930.95** |
| | |
| **BALANCE:** | **$930.95** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHIRLEY SMITH,

    Plaintiff(s),

  -against-

FREDERICK FALLICK, et al.,

    Defendant(s).
-------------------------------------------------------X

Case No. 1:15-cv-07236

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                         S.S.:
COUNTY OF NEW YORK)

    DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

    That on the 21st day of September, 2015, at approximately 11:51 AM, deponent served a true copy of the Summons in a Civil Action, Complaint, Individual Practices of Magistrate Judge James L. Cott, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Dr. Neil Sayegh MD at 944 North Broadway, Suite G6, Yonkers, New York, by personally delivering and leaving the same with Lucy Ortiz, Secretary, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Lucy Ortiz is a Hispanic female, approximately 32 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 130 pounds with brown hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
21st day of September, 2015

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007 212.822.1421 NYC DCA# 1320502

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SHIRLEY SMITH,

        Plaintiff(s),

  -against-

FREDERICK FALLICK, et al.,

        Defendant(s).
------------------------------------------------------X

Case No. 1:15-cv-07236

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

      DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 21st day of September, 2015, at approximately 9:59 AM, deponent served a true copy of the Summons in a Civil Action, Complaint, Individual Practices of Magistrate Judge James L. Cott, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Meir Salama MD at 3584 Jerome Avenue, Bronx, New York, by personally delivering and leaving the same with Meir Salama MD at that address.

      Meir Salama MD is a white male, approximately 54 years of age, stands approximately 6 feet 3 inches tall, weighs approximately 200 pounds with gray hair.

*[signature]*

DOMINIC DELLAPORTE #1320496

Sworn to before me this
21st day of September, 2015

*[signature]*

NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SHIRLEY SMITH,

        Plaintiff(s),                    Case No. 1:15-cv-07236

    -against-                           AFFIDAVIT OF SERVICE

FREDERICK FALLICK, et al.,

        Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK  )
                           S.S.:
COUNTY OF NEW YORK)

       DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 21st day of September, 2015, at approximately 11:27, deponent served a true copy of the Summons in a Civil Action, Complaint, Individual Practices of Magistrate Judge James L. Cott, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Anju Varghese MD at 1034 N. Broadway, Suite 2D, Yonkers, New York, by personally delivering and leaving the same with Edna Tadaraz, Medical Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

       Edna Tadaraz is a Hispanic female, approximately 26 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 160 pounds with black hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
21st day of September, 2015

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHIRLEY SMITH,

    Plaintiff(s),

-against-

FREDERICK FALLICK, et al.,

    Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                         S.S.:
COUNTY OF NEW YORK)

Case No. 1:15-cv-07236

AFFIDAVIT OF SERVICE

    DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

    That on the 21st day of September, 2015, at approximately 11:03 AM, deponent served a true copy of the Summons in a Civil Action, Complaint, Individual Practices of Magistrate Judge James L. Cott, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Planned Parenthood at 4 Skyline Drive, Hawthorne, New York, by personally delivering and leaving the same with Jennifer Danback, Director of HR and Compliance, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Jennifer Danback is a white female, approximately 38 years of age, stands approximately 5 feet 11 inches tall, weighs approximately 140 pounds with blonde hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
21st day of September, 2015

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHIRLEY SMITH,

    Plaintiff(s),                  Case No. 1:15-cv-07236

  -against-                        AFFIDAVIT OF SERVICE

FREDERICK FALLICK, et al.,

    Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                            S.S.:
COUNTY OF NEW YORK)

      DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 21st day of September, 2015, at approximately 9:43 AM, deponent served a true copy of the Summons in a Civil Action, Complaint, Individual Practices of Magistrate Judge James L. Cott, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Janice Bilello, Montefiore Medical Center at 3328 Rochambeau Avenue, Bronx, New York, by personally delivering and leaving the same with Kelly Kukura, Administrative Secretary, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Kelly Kukura is a white female, approximately 33 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 135 pounds with blonde hair.

*[signature]*

DOMINIC DELLAPORTE #1320496

Sworn to before me this
21st day of September, 2015

*[signature]*

NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

---

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007  212.822.1421  NYC DCA# 1320502

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHIRLEY SMITH,

    Plaintiff(s),                      Case No. 1:15-cv-07236

  -against-                        AFFIDAVIT OF SERVICE

FREDERICK FALLICK, et al.,

    Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                           S.S.:
COUNTY OF NEW YORK)

      DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 21st day of September, 2015, at approximately 11:34 AM, deponent served a true copy of the Summons in a Civil Action, Complaint, Individual Practices of Magistrate Judge James L. Cott, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Susan Greenidge MD at 1020 North Broadway, Yonkers, New York, by personally delivering and leaving the same with Kristine Margaritis, Personal Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Kristine Margaritis is a white female, approximately 50 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 130 pounds with blonde hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
21st day of September, 2015

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007   212.822.1421   NYC DCA# 1320502

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHIRLEY SMITH,

      Plaintiff(s),                       Case No. 1:15-cv-07236

  -against-                             AFFIDAVIT OF SERVICE

FREDERICK FALLICK, et al.,

      Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK   )
                          S.S.:
COUNTY OF NEW YORK)

      DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 21st day of September, 2015, at approximately 11:44 AM, deponent served a true copy of the Summons in a Civil Action, Complaint, Individual Practices of Magistrate Judge James L. Cott, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Frederick Fallick MD at 970 North Broadway, Suite 305B, Yonkers, New York, by personally delivering and leaving the same with Nyree Patin, Medical Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Nyree Patin is a black female, approximately 28 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 180 pounds with brown hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
21st day of September, 2015

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018